IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY C., | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 7:20-CV-564 |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| | ) |
| Defendant | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 17) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 19) is **GRANTED**, the report and recommendation (ECF No. 21) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 22) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 03-25-2022

Michael F. Urbanski
Chief United States District Judge